UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

DARLA E. RAUGHT,  ) ED CV 08-00527-(SH)
    Plaintiff,  ) JUDGMENT
  v.  )
MICHAEL J. ASTRUE,  )
Commissioner, Social Security,  )
Administration,  )
    Defendant.  )
_____ )

    IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and the Complaint dismissed.

DATED: October 13, 2009

                                     _____/ s /_____
                                       STEPHEN J. HILLMAN
                              UNITED STATES MAGISTRATE JUDGE